### 17569.  BRYANT v. THE STATE.

BROYLES, C. J.  1. Under the decision in *Pitts* v. *State*, 25 *Ga. App.* 31 (102 S. E. 381), and the facts of the instant case, the judge, sitting, by consent of both parties, without the intervention of a jury, was authorized to find the accused guilty of the offense of an assault.

2. The motion for a new trial contained the usual general grounds only, and its denial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.  REHEARING DENIED DECEMBER 14, 1926.

Assault; from city court of Savannah—Judge Rourke.  June 19, 1926.

A fifteen-year-old white girl, according to her testimony, was walking .down a street-car track at night with her little brother, when she saw two negro boys sitting on the car-track.  She testified: "When we passed by they got up and walked towards me. One of them said 'Stop,' and I ran.  They ran a few steps after me and then turned and ran away.  I was very near my aunt's home, and ran into her house."  She identified the defendant as one of the boys.  The defendant, by his statement at the trial and by witnesses, attempted to establish an alibi.

*Stella Akin,* for plaintiff in error, cited:  Penal Code (1910), § 95; 95 *Ga.* 481; 53 *Ga.* 205; 99 *Ga.* 203; 114 *Ga.* 78; 116 *Ga.* 516; 4 *Ga. App.* 167; 7 *Ga. App.* 206; 5 C. J. 716, 717; 13 N. D. 337, 342 (100 N. W. 697); 125 Iowa, 694 (101 N. W. 520); 136 N. C. 544 (48 S. E. 544; 103 Am. St. Rep. 970); 30 Miss. 521, 525; 67 Mo. 84; 82 N. C. 549.

*Walter C. Hartridge, solicitor-general, Leo A. Morrissy,* contra, cited:  25 *Ga. App.* 31, 32; 99 *Ga.* 38-44; 108 *Ga.* 477; 10 *Ga. App.* 403-7; 3 Car. & P. 373; Clark and Marshall, Law of Crimes (2d ed.), § 198, pp. 273-4.

---

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 45.
Juries, 35 C. J. p. 199, n. 72.